UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE +
\+ Case No. 20-71051-JHH7
Marietta Rembert Teague +
Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Brazil Properties LLC, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Kathryn Lila Bettis | Robert A. Morgan, Trustee |
| 1320 22nd Ave | P.O. Box 020317 |
| Tuscaloosa, AL 35401 | Tuscaloosa, AL 35402 |

/s/ Larry Darby
Larry E. Darby